IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 96-60787
_____


ALVIN L. BROWN, SR.,

Petitioner,

versus

AETNA CASUALTY & SURETY COMPANY;
DIRECTOR, OFFICE OF WORKER'S
COMPENSATION PROGRAMS,
U.S. DEPARTMENT OF LABOR;
WATTERS WIRELINE AND SNUBBING
CONSULTANTS, INC.,

Respondents.

_____

Petition fro Review of an Order of the
Benefits Review Board
(OWCP 7-105137)
_____

September 12, 1997

Before GIBSON,* JOLLY, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:**

Having reviewed the briefs and record in this case, we

conclude that the Benefits Review Board correctly affirmed the

administrative law judge's award of attorney's fees at the hourly

rate of $110. Consequently, the petition for review is

_____

*Circuit Judge of the Eighth Circuit, sitting by designation.

**Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

D E N I E D.